**DORIS NEHME-TOMALKA, ESQ.**
Nevada Bar No. 006431
**NEHME-TOMALKA & ASSOCIATES**
2620 Regatta Drive, Suite 102
Las Vegas, Nevada 89128
702-240-5280
702-240-5380 (facsimile)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ELIZABETH AGUIRRE, an individual, | Case No.: 2:15-CV-00551-JAD-NJK |
| Plaintiff, | |
| vs. | |
| AMERICAN CASINO ENTERTAINMENT, LLC; AMERICAN CASINO AND ENTERTAINMENT PROPERTIES, LLC; STRATOSPHERE HOTEL AND CASINO, | ORDER TO ENLARGE THE TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINITFF'S FIRST AMENDED COMPLAINT [SECOND REQUEST]<br><br>[ECF 15] |
| Defendants | |

Plaintiff Elizabeth Aguirre ("Plaintiff") and Defendant Stratosphere Gaming, LLC dba Stratosphere Hotel and Casino ("Defendant") hereby stipulate as follows:

1. Plaintiff's Response to Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint would normally be due to be filed with this Court on August 27, 2015;

2. The Parties previously stipulated to allow Plaintiff up to, and including, September 4, 2015 to file a Response to Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint, which stipulation was approved by this Court.

3. Plaintiff's Response to Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint will now be filed on or before September 11, 2015.

This second stipulation is submitted and based upon the following:

1. The parties have reached a tentative agreement which may resolve all of the outstanding issues and all of the causes of action which have been raised by Plaintiff in the Amended Complaint on file herein;

2. The parties need additional time to circulate and finalize a written settlement agreement;

3. In the event a final agreement cannot be finalized, then Plaintiff will have up to and including September 11, 2015 to file a Response to Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint.

That this request is made in good faith and not for the purpose of delay.

Respectfully submitted this __th day of September, 2015.

| | |
|---|---|
| NEHME-TOMALKA & ASSOCIATES | JACKSON LEWIS P.C. |
| */s/ Doris Nehme-Tomalka* | */s/ Amy L. Baker* |
| Doris Nehme-Tomalka, Esq.<br>Nevada Bar No. 006431<br>2620 Regatta Drive, Suite 102<br>Las Vegas, Nevada 89128<br>*Attorney for Plaintiff* | Paul T. Trimmer, Esq. Bar No. 9291<br>Amy L. Baker, Esq. Bar No. 11907<br>3800 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED this 4th day of September, 2015.

_____
U.S. District Court Judge